ELIZABETH A. NEULING v. THOMAS E. SEXTON.

December 18, 1985.

Petition for certification denied.

MARK CHASMAR v. THE TOWNSHIP OF WEEHAWKEN.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GALAL Z. ARAFAT.

December 18, 1985.

Petition for certification denied.

IN THE MATTER OF THE PETITION FOR REVIEW OF
OPINION NO. 569 OF THE ADVISORY COMMITTEE
ON PROFESSIONAL ETHICS.

December 18, 1985.

Petition for review of the Advisory Committee on Professional Ethics Opinion Number 569 entitled, *Conflict of Interest—Former Deputy Attorney General Representing Licensee Before Professional Board For Which He Formerly Served,* is granted.